

Cite as 2014 Ark. App. 354

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–13–687

| | |
|---|---|
| SHANTELL L. PERKINS<br>APPELLANT | **Opinion Delivered** June 4, 2014 |
| V. | APPEAL FROM THE CRITTENDEN<br>COUNTY CIRCUIT COURT<br>[NO. CR–2009-431] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE RALPH WILSON, JR.,<br>JUDGE |
| | AFFIRMED; MOTION GRANTED |

## RITA W. GRUBER, Judge

Appellant Shantell Perkins entered a plea of guilty to the felony charge of theft of property and was sentenced to twenty-four months' probation on July 12, 2011. The State filed a petition to revoke appellant's probation, alleging that she violated the conditions thereof by failing to pay fines and costs; failing to report to probation; failing to pay probation fees; failing to notify sheriff and probation of current address and employment; departing an approved residence without permission; possessing and using marijuana; possessing and using other illegal substances; committing robbery; and possessing pepper spray. After a hearing, the trial court found that appellant had violated the conditions of her probation and sentenced her to 60 months' imprisonment followed by thirty-six months' suspended imposition of sentence.

Pursuant to Arkansas Supreme Court Rule 4–3(k) (2013), appellant's counsel has filed a motion to be relieved, stating that there is no merit to the appeal. The motion is

accompanied by an abstract and addendum of the proceedings below, including all objections and motions decided adversely to appellant, and a brief in which counsel explains why there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of her counsel's brief and notified her of her right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

From our review of the record and the brief presented to us, we find compliance with Rule 4-3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the revocation order is affirmed.

Affirmed; motion granted.

GLOVER and WHITEAKER, JJ., agree.

*C. Brian Williams*, for appellant.

No response.